# **CERTIFICATION**

RE: Kenneth Johnson
K94914
17-460-NJR/DGW

I, _____, hereby certify that
    (Name and Title of Authorized Officer - please print)

Kenneth Johnson currently has the sum of $_____ on account at Vandalia Correctional Center.

_____
Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201